UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marilyn Julyan, CIVIL 02-05 PAM/JGL

Plaintiff,

v.

Fortis Benefits Insurance Co.

Defendant.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated April 27, 2001, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: February 4, 2002

**PAUL A. MAGNUSON,** Judge
United States District Court

FEB 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Marilyn Julyan

vs. 02-cv-05MJD/JGL

Fortis Benefits Insurance Co.

The above-entitled matter has been re-assigned to Judge Michael J. Davis pursuant to an Order of Disqualification by Judge Paul A. Magnuson. The Magistrate Judge remains the same. Please note the change in the presiding judge's initials and refer to both sets of initials when submitting documents to the court.