# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marilyn Julyan

v.

Fortis Benefits Insurance Company

Case No. Civil 02-5(MJD/JGL)

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Dft's motion for summary judgment is GRANTED.

DATE: November 7, 2002

RICHARD D. SLETTEN, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

22